**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC**<br>Plaintiff,<br><br>v.<br><br>**FORMDR,**<br>Defendants. | **Case No. 2:23-cv-00372-RWS-RSP** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff Digital Verification Systems, LLC respectfully submits this notice of voluntary dismissal without prejudice of Defendant FormDr. Defendant has not served either an answer or a motion for summary judgment.

Dated: August 12, 2024

Respectfully Submitted,

*/s/ Randall Garteiser*

Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Monday, August 12, 2024.

*/s/ Randall Garteiser*
Randall Garteiser